IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:  Search Warrant          )
                                )   No. - 05-02M
                                )

## MOTION TO SEAL

The United States moves to seal the Application for Search Warrant, Search Warrant, and the entire file until further order of the Court.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-14-05

IT IS SO ORDERED this __14__ day of _____, 2005.

_____
HONORABLE MAY PAT THYNGE
United States Magistrate Court