REDACTED

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### APPLICATION FOR SEARCH WARRANT

In the Matter of the Search of:
(Name, address or brief description of person, property, or premises to be searched)

**CASE NUMBER:** 05-02M

**HARRINGTON, DELAWARE 19952**

I, KALLIOPI TSERKIS-MULLINS, being duly sworn depose and say:
I am a(n) (Official Title) Postal Inspector of the United States Postal Inspection Service and have reason to believe that ☐ on the person of or ☐ on the property or premises known as (name, description and or location)

**THE PREMISES KNOWN AS** ▮▮▮▮▮▮▮▮▮ **Harrington, Delaware 19952 (For a more detailed description see ATTACHMENT "A" which is attached hereto and incorporated herein by reference).**

in the District of Delaware, there is now concealed a certain person or property, namely (describe the person or property to be seized)

*see Affidavit & ATTACHMENT "B" which are both attached hereto and incorporated herein by reference*

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

*PROPERTY THAT CONSTITUTES THE FRUITS, INSTRUMENTALITIES AND EVIDENCE OF CRIME(S) DESCRIBED IN THE AFFIDAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE*

concerning a violation of Title __18__ United States Code, Section 2252. The facts to support a finding of Probable Cause are as follows:

SEE AFFIDAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE
Continued on the attached sheet and made a part hereof. **X Yes** ☐ No

*Kalliopi G. Tserkis-Mullins-*
INSPECTOR KALLIOPI TSERKIS-MULLINS
UNITED STATES POSTAL INSPECTION SERVICE
AFFIANT

Sworn to before me, and subscribed in my presence

on **January** _14_, 2005, at _Wilmington,_

Delaware
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE

FILED

DEC

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ATTACHMENT "A"

## DESCRIPTION OF PREMISES TO BE SEARCHED

The residence is described as a single family home with a garage on the left front side of the structure, aluminum siding with green shutters, green front door and two double windows on the front of the residence.  A mailbox on the property with the number ███ stands to the left of the driveway when facing the front of the structure.

## ATTACHMENT "B"

### ITEMS TO BE SEIZED FROM
### ▆▆▆▆▆▆▆▆▆▆▆▆ Harrington, Delaware 19952

I.  Computer Hardware

Computer hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data.  Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

II.  Underlined: Uploaded Computer Software

Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work.  Software is stored in electronic, magnetic, or other digital form.  It commonly includes programs to run operating systems, applications, and utilities.

III.  Items described in paragraphs 1 through 9 below, which can also be stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment, including floppy diskettes, fixed hard disks, or removable hard disk cartridges, software or memory in any form.

1.  Any and all computer-related documentation consisting of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

2.  Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data.  Data security devices may consist of hardware, software, or other programming code.  A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices.  Data security hardware may include encryption devices, chips, and circuit

boards. Data security software digital code may include a programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

3. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the subject by use of the computer and/or for the purpose of distributing child pornography.

4. Any and all correspondence identifying persons transmitting, through interstate commerce by computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

5. Any and all records, documents, invoices, and materials that concern any accounts with any Internet Service Provider.

6. Any and all visual depictions of minors.

7. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce by computer, and visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

8. Any and all address books, names, and lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

9. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

*__This warrant and this search procedure specifically excludes a search of any kind of unopened electronic mail.  No search of unopened electronic mail shall be conducted without a separate search warrant supported by probable cause.  Appropriate efforts shall be made to minimize the disclosure of records and other information which are not the subject of this warrant.__*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

**IN THE MATTER OF THE SEARCH OF:**



**Harrington, Delaware 19952**

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Kalliopi G. Tserkis-Mullins ("Your affiant"), a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, states as follows:

1.     I make this affidavit in support of my application for a warrant to search a residence known as ▮▮▮▮▮▮▮▮▮▮▮, **Harrington, Delaware 19952**[1] ("the PREMISES") for data and information relating to violations of 18 U.S.C. § 2252.  As set forth herein, I respectfully submit that there is probable cause to believe that the items sought by pursuant to this application for a search warrant constitutes evidence of violations of Title 18 United States Code § 2252, that is Transportation & Shipment of visual depictions of minors engaged in sexually explicit conduct as well as possession visual depictions of minors engaged in sexually explicit conduct.

2(a).     I am currently a Postal Inspector with the United States Postal Inspection Service and have been so employed since June 2002.  Prior to my employment with the United States Postal Inspection Service, your affiant was employed as a Police Officer with the Department of Defense, National Security Agency for 3 years.  Your affiant's current

---

[1] For a complete description of the dwelling located at this address see ***Attachment "A"*** which is attached hereto and incorporated herein by reference.

1

duty assignment as a Postal Inspector is to the Child Exploitation team in the Washington Division. In that capacity your affiant investigates criminal allegations of sexual abuse and physical abuse pertaining to children and child pornography. Your affiant has also completed the sixteen-week Basic Training Course at the Postal Inspection Service Academy in Potomac, Maryland. Furthermore, your affiant has received training from the Federal Bureau of Investigations, Innocent Images Task Force (2002) and the Internet Crimes Against Children conference (2003), in Dallas, Texas, in the area of child pornography investigations. As a United States Postal Inspector, I have received extensive training concerning investigations involving violations of the federal law including thefts and misappropriation of monies, postal money orders, and prohibited items placed in the United States mails.

(b)  Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of the commission of a criminal offense, possession and transportation and/or shipment of visual depictions of minors engaged in sexually explicit conduct, 18 USC § 2252 is more likely than not to be found at the PREMISES.   Even though this affidavit is not an exhaustive recitation of everything that has been learned in my investigation, I do not believe that I have omitted any facts or circumstances herein that would lessen or vitiate the establishment of probable cause for the search warrant for which I am applying.

(c)  The facts set forth in this affidavit are largely derived from my own observations, my own investigation and my own direct dealings with DONALD BIBLE ("BIBLE");

2

however, some of the information in this affidavit was provided to me by other law enforcement officers – where that is the case, I have so indicated.

3.    Your affiant is currently responsible for investigations involving the distribution of Child Pornography.  Your affiant is further responsible for enforcing federal criminal statutes involving the sexual exploitation of minors pursuant to the Title 18 United § 2252 and other federal statutes.  As a result of your affiant's employment as a postal inspector, your affiant has gained experience in the investigation of persons involved in the possession, distribution and production of child pornography as well as persons who violate federal laws relating to and child exploitation.

4.    Based upon the information contained in this affidavit, I have reason to believe that on said PREMISES there is located evidence relating to violations of said statute.

## STATUTORY AUTHORITY

5.    This investigation concerns alleged violations of Title 18 U.S.C. § 2252 -- Certain activities relating to material involving the sexual exploitation of minors:

(a) Any person who--

(1) knowingly transports or ships in interstate or foreign commerce by any means including by computer or mails, any visual depiction, if --

(A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct;

and

(B) such visual depiction is of such conduct
[shall be guilty of a felony];

Title 18 U.S.C. § 2252 further provides that:

> Any person who knowingly possesses one or more books, magazines, periodicals, films, videotapes, or any other material that contain any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce by any means or which was produced using materials that have been mailed, or shipped, or transported in interstate or foreign commerce by any means including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct; shall be punished as provided in subsection (b) of this section. [shall be guilty of a felony.]

In pertinent part, Title 18 United States Code § 2256(2) defines "sexually explicit conduct," as "actual or simulated":

(A) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

(B) bestiality;

(C) masturbation;

(D) sadistic or masochistic abuse; or

(E) lascivious exhibition of the genitals or pubic area of any person.

## BACKGROUND REGARDING COMPUTERS

6.     The term "computer" as used herein is defined as set forth in 18 U.S.C. 1030(e)(1), and includes an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

7.     I have had both training and experience in the investigation of computer-related

4

crimes. Based on my training, experience and knowledge, I know the following:

      a.     The Internet is a worldwide network of computer systems operated by governmental entities, corporations, and universities. In order to access the Internet, the individual computer user must subscribe to an access provider, which operates a host computer system with direct access to the Internet.

      b.     A device known as a modem allows any computer to connect to another computer through the use of telephone lines/cable lines. The modem may be internal or external to the computer. By connection to an Internet Service Provider ("ISP") host computer, an individual with a computer can make electronic contact with millions of computers around the world.

      c.     A server is a computer that is attached to a dedicated network and serves many users. An e-mail server allows users to post and read messages, and to communicate via private electronic mail. An IRC server allows users to engage in "chat sessions," which are real-time conversations where the participants communicate by using their keyboards, to send and receive files, and to share information.

      d.     To access an ISP, one must pay a monthly fee to the ISP operator. There are companies that provide free e-mail service and IRC or chat room access, however.

      e.     Using a modem, one can transmit and receive e-mail or IRC chats over telephone lines/cable lines between computers.

      8.     Based on training that I have received and through my personal use of computers, I have knowledge of the method by which e-mails are transmitted over telephone

5

lines/cable lines between computers. Based on my training and knowledge I know the following:

      a.     With the modem, a computer user can transport a computer file to his own computer, so that the computer file is stored in his computer. The process of transporting a file to one's own computer is called "downloading."

      b.     The user can then view the file on his/her computer screen (monitor), and can "save" or retain the file on his/her computer for an indefinite time period.

      c.     In addition to permanently storing the file on the computer, the user may print the file.

      d.     The original file that was downloaded is also maintained in the originating computer.

      e.     With the modem, a computer user can send a file from the computer to another individual on the Internet. This process of sending a file is called "uploading."

      f.     The process of "uploading" is similar to the "downloading" process except the user is sending the computer file to others instead of retrieving the information from another computer.

## STORED WIRE AND ELECTRONIC COMMUNICATION ACCESS

    9.     Title 18, United States Code, Chapter 121, Sections 2701 through 2711, is entitled "Stored Wire and Electronic Communications and Transactional Records Access."

6

a.    Title 18, United States Code, Section 2703(a) provides, in part:

A governmental entity may require the disclosure by a provider of electronic communication service of the contents of an electronic communication, which is in electronic storage in an electronic communications system for one hundred and eighty days or less, only pursuant to a warrant issued under the Federal Rules of Criminal Procedure or equivalent State warrant. A governmental entity may require the disclosure by a provider of electronic communications services of the contents of an electronic communication that has been in electronic storage in an electronic communications system for more than one hundred and eighty days by the means available under subsection (b) of this section.

b.    Title 18, United States Code, Section 2703(b) provides, in part:

(1) A governmental entity may require a provider of remote computing service to disclose the contents of any electronic communication to which this paragraph is made applicable by paragraph (2) of this subsection

(A) Without required notice to the subscriber or customer, if the governmental entity obtains a warrant issued under the Federal Rules of Criminal Procedure or Equivalent State warrant.

(2) Paragraph (1) is applicable with respect to any electronic communication that is held or maintained on that service

(A) On behalf of, and received by means of electronic transmission from (or created by means of computer processing of communications received by means of electronic

7

transmission from), a subscriber or customer of such remote computing service; and

(B) Solely for the purpose of providing storage or computer processing services to such subscriber or customer, if the provider is not authorized to access the contents of any such communications for purposes of providing any services other than storage or computer processing.

c.      The government may also obtain records relating to e-mail communications, such as subscriber identifying information, by way of a search warrant. 18 U.S.C. Section 2703(c).  No notice to the subscriber is required, under 18 U.S.C. Section 2703(c)(2).

d.      Title 18, United States Code, Section 2711, provides, in part:

As used in this chapter --

(1) The terms defined in section 2510 of this title have, respectively, the definitions given such terms in that section; and

(2) The term "remote computing service" means the provision to the public of computer storage or processing services by means of an electronic communications system.

e.      Title 18, United States Code, Section 2510, provides, in part:

(3) "Contents," when used with respect to any wire, oral, or electronic communication, includes any information concerning the substance, purport, or meaning of that communication . . .

(4) "Electronic communications system" means any wire, radio, electromagnetic, photo optical or photo electronic facilities for the transmission of electronic communications, and any computer facilities or related electronic equipment for the electronic storage of such communications . . .

(5) "Electronic communication service" means any service, which provides to users thereof the ability to send or receive wire or electronic communications . . .

(6) "Electronic storage" means --

(A) Any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof; and

(B) Any storage of such communication by an electronic communication service for purposes of backup protection of such communication.

    f.   Title 18, United States Code, Section 2703(f) provides in part:

    (1).   A provider of wire or electronic communication services or a remote computing service, upon request of a governmental entity, shall take all necessary steps to preserve records and other evidence in its possession pending the issuance of a court order or other process.

    (2).   Records referred to in paragraph (1) shall be retained for a period of 90 days, which shall be extended for an additional 90-day period upon a renewed request by the government entity.

### ICQ, Inc.

    10.   ICQ (I Seek You) was first established in 1996 by Mirabilis Ltd., an Israeli company. It was designed to create peer-to-peer communication channels on the Internet. In 1998, Mirabilis was acquired by America Online, Inc. ICQ is a free computer internet messaging service. It provides its users with instant messaging, email, electronic bulletin

9

boards, chat rooms and more.  Instant messaging is a real-time type-written conversation between people, much like a verbal conversation.  Electronic mail (email) is a service which enables people to communicate by computer, similar to writing letters and sending normal mail.  Within both systems, instant messaging and emails, text messages and graphic images (such as photographs) can be sent to individuals.

## DETAILS OF THE INVESTIGATION

11.    On or about January 13, 2004, on I Seek You (ICQ) the screen name Sabastian, ▮▮▮▮▮▮▮▮ made contact with your affiant, who was acting in an undercover capacity, ("UC") stated "I live close to you.  Are you free to chat I share some of the same interest u (I think)."    Chats continued between your affiant (acting in an undercover capacity) and Sabastian for several months. Sabastian also stated that he was employed as a kindergarten teacher.

12.  Sabastian▮▮▮▮▮▮▮▮described himself as follows in his ICQ profile:

ICQ Number: ▮▮▮▮▮
Name: Don
Nickname: Sabastian
Address:  USA
Birth Date: ▮▮▮▮▮▮
Age▮▮▮▮
City: Rehoboth Beach
State:  Delaware

10

The remaining fields within the ICQ profile were incomplete.

13. 

14. On or about January 28, 2004, Sabastian sent a message via ICQ to your affiant (as UC) and signed his message "Don/ Sebastian on ICQ."

18. 

15. On or about January 22, 2004, Sabastian/Don and your affiant discussed how your affiant (as UC) would like to become sexually active with her two minor female

daughters and Sebastian/Don was providing advice on the situation. In part Sebastian/Don stated the following:

"and if u want an understanding man to join all of u we can meet as friends and after I know u more and in person I would love to be with all of u."

"I would like to have a wife and daughters who are ok with being naked like this and I can hold my naked daughters wife and we all caress and share this love do u like the idea?"

16. On or about February 6, 2004, your affiant (as UC) and Sebastian/Don had an on-line chat conversation and Sebastian/Don stated in part the following:

"and then who knows when there is enough trust between all of us we can maybe all make love together."

17. On or about February 7, 2004, your affiant (as UC) received an email from ████████@hotmail.com. The header information for the email revealed an Internet Protocol ("IP") address of ████████ at 05:30:38 GMT. The sender identified himself as "Don from ICQ."

18. On or about February 11, 2004, your affiant served a grand jury subpoena upon Hotmail located at 1065 La Avenida, Mountain View, California, for the subscriber information associated with the email sent by Don to your affiant on February 7, 2004. In response to the subpoena, Hotmail provided the following information:

Login:        ████████████
First Name:   Donald
Last Name:    Bible
State:        DE

```
Zip:              19952
Country:          US
Timezone:         America/New York
Registered from IP: ███████████
Date registered:  Friday, Jan 31 12:20:43 2003
Birth Year:       ███████
```

19.     On or about February 11, 2004, your affiant served a grand jury subpoena upon

Comcast Cable Communications located at 1500 Market Street, Philadelphia, PA for

subscriber information on IP ███████████ ogged on Saturday, February 7, 2004, 05:30:38

GMT and Wednesday, February 11, 2004 On September 26, 2003, 03:35:20 GMT.

In response to this subpoena, Comcast Cable Communications furnished the following

information:

```
Subscriber Name:  Donald Bible
Address:          ████████████████
                  Harrington, DE 19952
Telephone #:
Type of Service:  Residential High Speed Internet Service
Current IP Address: ██████████
Account Status:   Active
Account Number:   ████████████
Email Address:    ████████████████
Method of Payment: Statement sent to above address
```

20.(a)  On or about February 10, 2004, your affiant conducted an Auto track search

on Donald E. Bible which showed that Bible's date of birth wa ████████████ and his

social security number is ████████ .  Auto track also revealed ██████████████,

Harrington, DE 19952 as the most recent address for Donald E. Bible.

20(b).  On or about the period of April 2004 through October 2004, your affiant (as UC) was not actively online chatting due to other obligations and duties.  Sabastian/Don recontacted your affiant (as UC) via ICQ in November 2004 and online chatting resumed.

21.  On or about November 29, 2004, an online chat conversation developed between Sabastian/Don and your affiant (as UC) during which the possibility of Sabastian/Don and your affiant having a baby together was discussed because Sabastian/Don had expressed an interest in having a child with a woman interested in family sex so Sabastian/Don could be sexually active with his daughter.  During this conversation, the following was said[2] and Don/Sabastian transmitted various images to your affiant which were later identified as known victims by the National Center for Missing and Exploited Children ("NCMEC"):

Sabastian (04:18 PM) : u want some  pics...

Kris (04:19 PM) : yeah

Sabastian (04:19 PM) : ok  hold  on

.......

sending Pictures

.......

Kris (04:23 PM) : nice pics

_____

[2] The text from this chat session is reproduced herein ***verbatim***.

14

Kris (04:24 PM) : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Sabastian (04:24 PM) : i havesome really  great movies of little lesbians   ..  very natural ones ..

Kris (04:24 PM) : yeah?

Sabastian (04:26 PM) : did u accept all the photos i sent?

Kris (04:27 PM) : yeah i think so

Sabastian (04:27 PM) : i sent u like   8 i thik

Kris (04:27 PM) : let me see

Sabastian (04:27 PM) : ok do u want a moviemaybe i have a little one

Kris (04:27 PM) : yeah i think it was 7

Kris (04:27 PM) : yeah sure

..........

Sending mpg

..........

Sabastian (04:30 PM) : are u accepting the   video?

Kris (04:30 PM) : yeah but its moving slow

Sabastian (04:31 PM) : i  do not se where it is sending ..

Sabastian (04:31 PM) : do i need to try again?

Kris (04:31 PM) : it still trying to connect i think you should hold on and i will close this one out

Sabastian (04:31 PM) : ok

Sabastian (04:31 PM) : tell me when i will do it again

Kris (04:33 PM) : ok go ahead

Sabastian (04:33 PM) : ok

..........

sending mpeg

..........

Kris (04:34 PM) : there it goes looks liek its working now

Sabastian (04:34 PM) : if u had a dsl line  u could DL this  in like  2 min

Sabastian (04:34 PM) : this is only about a  1 min video

Kris (04:34 PM) : yeah i know

Kris (04:35 PM) : believe me i know..i cant afford dsl right now

Sabastian (04:36 PM) : i pay 40 a month

Kris (04:36 PM) : for dsl

Sabastian (04:36 PM) : yes ..   it is a part og my tv bill in fact same  company

Sabastian (04:37 PM) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Kris (04:37 PM) : see its too expensive for me who do u use..my friend has comcast and she said it sucks

Kris (04:37 PM) : yeah

Sabastian (04:41 PM) : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Sabastian (04:41 PM) :

Sabastian (04:42 PM)

Kris (04:42 PM) :

Sabastian (04:42 PM) :

Sabastian (04:43 PM)

Kris (04:43 PM) :

Sabastian (04:43 PM) :

Sabastian (04:44 PM) :

Kris (04:44 PM) :

Sabastian (04:46 PM) : my freind who is inscestuos with her sis and mom she started at age 9 and her sis at 13 so maybe it is not to late for u and your girls

Kris (04:46 PM) : i dont think its too late


Sabastian (04:46 PM)

Kris (04:47 PM) : wow

Sabastian (04:47 PM) : if i were you i would talk to your girls about how masterbation is healthy and show them !

Kris (04:49 PM) : yeah

Kris (04:49 PM) : dial up sucks...

Sabastian (04:50 PM) : yes it does also  it is ok  to talk with them about what feels good and where .. u can take a little general exploration with them and talking and beofe u know it one will be sitting on your face  and the other lickei  U

Kris (04:51 PM) : u think so

Sabastian (04:51 PM) : sure..   i bet u have not even told them u like  females sexually ..   have U?

Kris (04:51 PM) : yeah i have and theyre ok with that

Sabastian (04:52 PM) : ok   u have a start ..

Sabastian (04:54 PM) : 

Kris (04:54 PM) :

Sabastian (04:55 PM) : r ur  girls there now?

Kris (04:58 PM) : no they are over their friends house

Sabastian (04:58 PM) : i see well   we have talked about it before u  should  decide to  be  sexual with them  or not  ..  becasue they are getting older   fast

Kris (04:59 PM) : yeah i know

Sabastian (04:59 PM) :

Kris (04:59 PM)

Sabastian (05:00 PM) :

Kris (05:00 PM) : yeah of course

Sabastian (05:00 PM) : i want to have four girls ..    and i will love all of them

Kris (05:00 PM) : like your own daughters u mean

Sabastian (05:01 PM) : this is my dream!

Kris (05:01 PM) : yeah

Sabastian (05:01 PM) : even at age one i would love them physically i think.. surely by  2 years

Sabastian (05:03 PM) : so u want to have a baby with me

.....

Kris (05:09 PM): u want to have a baby with me?

Khris (05:10 PM): u still there

Sabastian (05:12 PM): yes

Sabastian (05:13 PM): if i could work that out with a good mom like u then me and the person could have half and half custody and i would provid for the little girl sure

.....

Sabastian (06:21 PM):  am going to send u one last   vid .. iit is a really  good one!!!

Sabastian (06:21 PM): it is a   young girl laying on  dad and mom licks  her while she sucks  her husband

Kris (06:22 PM): great

Sabastian (06:22 PM): if i ever married i would hope my wife likes little girls  as well

Kris (06:22 PM) : yeah

Sabastian (06:23 PM): would u be that kind of mom if u had a child with a man who enjoys this

Sabastian (06:23 PM): and i can not understand why u just stopped having sex with girls Kris

Kris (06:23 PM) : i havent it has just been a while

Sabastian (06:24 PM) : would u ever  want to have a threesome with a   girl and a man

Sabastian (06:24 PM) :   Incoming File: r@ygold_thefamily2(1) (3).mpg    Size: 7.98 Mb
Save As (ALT+F)   Accept (ALT+A)   Decline (ALT+D)
Kris (06:25 PM) : be right back ok have to run to the bathroom

Sabastian (06:25 PM) : even if it takes 30 min  let this transfer finnish it is  beautiful film

Kris (06:26 PM) : ok

Sabastian (06:26 PM) : ok

Kris (06:26 PM) : brb ok

Sabastian (06:29 PM) : ok

Kris (06:34 PM) : ok im back

Sabastian (06:34 PM) : great ..

Sabastian (06:35 PM) : have  u been watching the films

Kris (06:35 PM) : yeah theyre great

Sabastian (06:36 PM) : the next one is  really  a good one

Sabastian (06:36 PM) : if i am coorect your about  35?

Kris (06:37 PM) : yeah about that

Sabastian (06:37 PM) : i have never  made love with anyone  older than  22

Kris (06:37 PM) : really
...............

Sabastian (06:48 PM) : i hope u will be online more often

Kris (06:49 PM) : i am trying to make time for myself so i can be

Kris (06:49 PM) : i enjoy chatting with u

Sabastian (06:49 PM) : that would be nice .. and i will have more vids and pics if u like then

Sabastian (06:49 PM) : i  like chatting with u as well
...............
Sabastian (06:53 PM) : ok   here it is  watch this film  ok .. tell me what u think this is  exaclty  how i want my wife to be

Kris (06:53 PM) : ok

Kris (06:54 PM) : hold on
...............
sending pictures
...............
Sabastian (06:58 PM) : ok  what  did u think of the vid?

Kris (06:58 PM) : very nice

Sabastian (06:58 PM) : i  love that  video .. ok  did u get all the pics as well?

Kris (06:59 PM) : im getting them now

Sabastian (07:00 PM) : enjoy  them!  and i lok forward to talking to u in person

21

and if we feel comfotable we can both have a good time as well ..  in bed ..

Kris (07:00 PM) : i think i didnt get the last one

Sabastian (07:00 PM) : i am going to take a shower and i am sure i will  play with myself i lovethe   gel ..
...............
Sabastian (07:03 PM) : very nice !!  tell me what is your biggest fetish in bed ?
...............
sending pictures
...............
Kris (07:04 PM) : dont really have a fetish
Sabastian (07:05 PM) : u   what mine is
Sabastian (07:05 PM) : i like the  taste  caress  over  all   look  and feel of little ones
.................

22.    On or about November 30, 2004, a request was sent by your affiant to

Postal Inspector Steven Lear at the NCMEC for the review of several images received by

your affiant (as UC) via ICQ from Sabastian on November 29, 2004.  The request identified

seven images as being part of seven different identified known series to include the Amanda

series (identified by U.S. Customs), the Helen series (identified by UK National Crime

Squad), and the Jan_Feb series (identified by the Federal Bureau of Investigation).   All of

these series are images of real minors engaged in sexually explicit conduct and all of the

images have traveled in either interstate or foreign commerce or both.

23.  On or about December 8, 2004, Sabastian (ICQ) sent several images depicting

minors engaged in sexually explicit activities via ICQ to your affiant (as UC).   The

connection during the transfer was trace routed by your affiant to IP address█████████

with the result that your affiant knows Comcast IP Services, also known Comcast Cable Communications, was the Internet Service Provider (ISP). Several of the images transferred are part of a known/ identified series known as the Sabban series, also known as Photos by Carl. Your affiant knows that the Sabban series was produced in Brazil and consists of images of real minors engaged in sexually explicit conduct.

24. On or about December 9, 2004, Sabastian via ICQ sent your affiant (as UC) an image which he described as being his home/residence. A trace route was conducted during this transfer which revealed a connection through IP address ███████ An image shows a single family home with a garage on the left front side of the house and a small porch to the right of the garage. A lawn and a garden with a stone edge is also visible in the image. The home has green shutters, two double windows on the front of the house and has a satellite dish in the upper right hand front corner of the house.

25.    On or about December 9, 2004, Special Agent Michael McFarland, USICE, served a subpoena upon Comcast Cable Communications located at 1500 Market Street, Philadelphia, PA for subscriber information on I██████ logged on December 8, 2004, from 1530-1830 EDT and the email address ████████ t. As a result of the issuance of this summons, Comcast Cable Communications furnished the following information:

Subscriber Name:    Donald Bible
Address:             ████████
                     Harrington, DE 19952

23

(This address is the subscriber's service address)

Telephone #: ███████████
Type of Service: Residential High Speed Internet Service
Current IP Address: ███████████
Account Status: Active
Account Created: 07/15/03
Account Number: ███████████
Email Address: ███████████
Method of Payment: Statement sent to above address



26. ███████████

27. On or about December 13, 2004, your affiant and members of the U.S. Postal Inspection Service and U.S. Immigration and Customs enforcement conducted surveillance at ███████████, Harrington, DE, 19952. The residence is described as a single family home with a garage on the left front side of the structure, aluminum siding with green shutters, green front door and two double windows on the front of the residence. A mailbox on the property with the number ████ands to the left of the driveway when facing the front of the structure. The home has a satellite dish in the upper right hand front corner of the house. The residence looks exactly like the one in the image sent to your affiant by Don/Sabastian on December 9, 2004. However, the photographic image of said residence was apparently taken from an angle which does not show the mailbox because it is not visible

in said image – other than that, it is clear that the residence shown in the image and the property at ███████████ Harrington, DE, 19952, are one and the same.

28.  On or about December 14, 2004, Special Agent Michael McFarland, United States Immigration and Customs Enforcement (USICE) served a subpoena upon Hotmail located at 1065 La Avenida, Mountain View, California, for this subscriber ███████████████, information.  As the result of the issuance of this summons Hotmail provided the following information:

Login:          ██████████████
First Name:     Donald
Last Name:      Bible
State:          DE
Zip:            19952
Country:        US
Timezone:       America/New York
Registered from IP: ████████████
Date registered:    1/31/2003 12:20:43 PM

29. On or about December 14, 2004, your affiant conducted a search on an IP address revealed in response to the subpoena issued to MSN/Hotmail on or about December 14, 2004 which revealed IP address ███████████ This IP address was trace routed to The State of Delaware, Department of Technology and Information, Dover, DE.

30.  On or about December 14, 2004, your affiant conducted a search of  a State of Delaware Educational Directory of employees and as a result learned  that Donald Bible is currently an employee for the Delaware Department of Education.

31. On or about December 16, 2004, your affiant contacted the Harrington Main Post Office which advised that a Donald E. Bible is currently receiving mail at ███████████████ Harrington, DE.

32. On or about December 20, 2004, your affiant (as UC) received an offline message via ICQ from Sabastian/Don which in part stated the following:

".. sorry I missed u on icq hope we chat soon and hey if u want to send me a card ███████████ Harrington DE 19952."



UC:    (Laughs)

Bible: There would be oh yeah yeah somebody would die and it would probably be me and it would probably be me killing myself
......

Bible: Ok so basically a lot of times when I would like come home from work alright and the kids they go to the same school I was working so we'd be alone because grandma would be working right

UC:    Right

Bible: And more or less they would look at me with that look and so and so they would smile and we would go and it was just so good because it was like I couldn't satisfy them enough they were like nymphs I mean it was like five six times a day you know and they just they just loved it and it would be like just so natural for them to come back and crawl on top of the clothes basket with the warm clothes and set them up on the on the sink in the back bathroom and then just you know love it and so and so and the funny thing about is that I was real interested in discovering what they liked what was sensitive you know what was not sensitive with and stuff like this and of course you know I never pushed them into anything they did want to like see I never ever thought like of any kind of penetration or anything never thought of it you know I just thought it's totally impossible it's too much it's going to hurt them so when I first started looking at pictures which only was like about eight months ago that I had ever seen a picture like this see it was like I I was so I didn't understand why like all the guys just wanted to get into them when they were so little and and I still wouldn't be into that actually because I just wouldn't be but all and all It was interesting to me what they liked and I asked them does this feel good does that and it was just interesting does it feel good if you lick the clit or around it or what where's the pressure going to feel the best

UC:    Right

Bible: And so and so and you know are but when you have that little thing eight nine six even five years old and she's laying on you and she's like got her thing right near your thing playing with you and the other one's right beside and oh god I I there have been people in this world who would say to you god think about that that actress that looks so hot you know and I'm thinking guy you don't know the half of what's hot you don't know

27

THIS
PAGE
ENTIRELY
      DELETED

This page entirely deleted

Sabastian (06:49 PM) : and  *u like the photos  i have sent to u*?

Kris (06:49 PM) : oh yeah theyre great

Sabastian (06:49 PM) : well  i have a surprise for u then

Kris (06:50 PM) : is that my hint to my surprise

Sabastian (06:50 PM) : yes .. imagine  it not as a pic  but in movie form ..   really good movies!

Sabastian (06:50 PM) : ;-)

Kris (06:50 PM) : :-)

Kris (06:51 PM) : yeah really????????

Sabastian (06:51 PM) :  if u  ever had me over for an  evening ..  alone u an i  maybe we could watch them there

Kris (06:51 PM) : really...

Sabastian (06:51 PM) : it is for future  idea  maybe  after we meet

Kris (06:52 PM) : :-P

Sabastian (06:52 PM) : :-P

Kris (06:52 PM) : whats the movie bout?

Sabastian (06:53 PM) : they are a million percent better then the best pics i  have sent to u!

Kris (06:53 PM) : wow...

Sabastian (06:54 PM) : i  can not explain it here.. some of them  are   15 min long .. others are  20  some are like  five min

Kris (06:55 PM) : yeah wow

Sabastian (06:56 PM) : one i remember  is like   30  diff  cum shots  on little ones and little one lick moommy  etc

Kris (06:56 PM) : wow that would take forever a 20 min vid for me to get online

Sabastian (06:56 PM) : yes .. *__so i made a  little tape for u__*..

Kris (06:57 PM) : wow i cant wait to see it...

Kris (06:57 PM) : did u make it just for me..ur so sweet

Sabastian (06:57 PM) : *__well it is is mine.. but u can burn it  quite quickly i would do it but i  do not have a burned now__*

Kris (06:58 PM) : oh u dont have cd burner

Sabastian (06:58 PM) : so   we need to meet and chat in person.. about everything obviously  not  just  sex   hehe

Sabastian (06:58 PM) : it  broke but  i will buy another in  about a month *__(Emphasis added by affiant).__*

35.   On January 5, 2005, your affiant checked with the United States Post Office that serves Harrington, Delaware, and was advised by an official at that location that  Donald E. Bible is still receiving mail at ███████████ Harrington, Delaware.

36.   At all times mentioned herein your affiant, when using  a computer in my undercover official capacity, was in the U.S. Postal Inspection Service office in the State and District of Maryland and whenever your affiant's officail computer was connected to the Internet it was via servers of America-on-Line ("AOL").  The significance of this is that all of AOL's servers are located in the Eastern District of Virginia which means that all communications between your affiant and  Don/Sabastian necessarily traveled in interstate

commerce and more importantly, so did all of the visual depictions that Don/Sabastian sent to your affiant.

## PERSONS WHO POSSESS CHILD PORNOGRAPHY
## RARELY, IF EVER, DISPOSE OF IT

37.    The majority of individuals who collect child pornography rarely, if ever, dispose of their sexually explicit materials and may go to great lengths to conceal and protect from discovery, theft, and damage their collections of illicit materials. Your affiant knows from her own experience and training that such individuals have been known to maintain possession of their child pornography for years, even decades. On this issue your affiant has consulted with Assistant United States Attorney Andrew G.W. Norman ("AUSA Norman"). AUSA Norman advised that in the case of *United States v. Morris Chapman*, Criminal No. WDQ-04-0183 (District of Maryland) the defendant produced child pornography in 1979 which he still had in his possession when it was found by Military Police on December 17, 2003 – a time span of some 24 years. I have also been informed by AUSA Norman that, under the relevant published case law, information in support of probable cause in child pornography cases is less likely to be stale because collectors and traders of child pornography are known to store and retain their collections for extended periods of time, usually in their home and/or computer. See, e.g., *United States v. Sassani*, 139 F.3d 895 (4th Cir. Mar. 4, 1998) (table), reprinted in 1998 WL 89875 (six-month-old information in support of probable cause was not stale because collectors and traders of child pornography

tend to store and retain child pornography for extended periods of time); *United States v. Lacy*, 119 F.3d 742 (9th Cir. 1997) (10-month old information in support of probable cause was not stale; affidavit stated that collectors of child pornography "rarely, if ever" dispose of child pornography, and store it "for long periods" of time, typically in their homes); *United States v. Lamb*, 945 F. Supp. 441, 459 (N.D.N.Y. 1996) (holding warrant information not stale despite five-month lapse between last transmission over Internet); *United States v. Bateman*, 805 F. Supp. 1041, 1043 (D.N.H. 1992) (upholding warrant with seven-month delay between distribution of child pornography and execution of warrant); *United States v. Rakowski*, 714 F. Supp. 1324, 1330 (D. Vt. 1987) (upholding warrant based on information one to six months old because "those who collect child pornography keep the pornography, do not destroy their collections, and keep the pornography accessible"). Your affiant therefore knows that persons who like child pornography **ALMOST ALWAYS MAINTAIN THEIR COLLECTIONS IN THE PRIVACY AND SECURITY OF THEIR HOMES OR OTHER SECURE LOCATIONS.**

## CONCLUSION

38.    Based on the above information, there is probable cause to believe that Title 18, United States Code, § 2252 (Transportation and shipment by means of computer in interstate and/or foreign commerce of images depicting minors engaged in sexually explicit conduct as well as possession of images depicting minors engaged in sexually explicit conduct that have been transported and/or shipped in interstate and/or foreign commerce by

any means, including by computer or were produced using materials that have been so transported or shipped), has been violated by DONALD E. BIBLE and that evidence of said violations will be found at the PREMISES. Accordingly, your Affiant respectfully requests that this Court issue a search warrant for the PREMISES.

_____
Kalliopi G. Tserkis-Mullins
U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn to and subscribed before me on this _____ day of January, 2005.

_____
Mary Pat Thynge
United States Magistrate Judge