# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

## SEARCH WARRANT

In the Matter of the Search of
(Name, address or brief description of person or property to be searched) 

CASE NUMBER: 05-02M

▓▓▓▓▓▓▓▓▓▓
**HARRINGTON, DELAWARE 19952**

TO: <u>POSTAL INSPECTOR KALLIOPI TSERKIS-MULLINS</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>POSTAL INSPECTOR KALLIOPI TSERKIS-MULLINS</u> who has reason to believe that ☐ on the person or ☐ on the premises known as (name, description and or location)

**THE PREMISES KNOWN AS** ▓▓▓▓▓▓ **Harrington, Delaware 19952 (For a more detailed description see ATTACHMENT "A" which is attached hereto and incorporated herein by reference).**

in the District of Delaware, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "B" WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before the ___21___ DAY OF JANUARY, 2005.

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the <u>Honorable Mary Pat Thynge</u>, United States Magistrate Judge, as required by law.

_1/14/05  11:22_                    at _Wilmington_, Delaware
Date and Time Issued

_[signature]_
**THE HONORABLE MARY PAT THYNGE**
**UNITED STATES MAGISTRATE JUDGE**

FILED
DEC 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ATTACHMENT "A"

## DESCRIPTION OF PREMISES TO BE SEARCHED

The residence is described as a single family home with a garage on the left front side of the structure, aluminum siding with green shutters, green front door and two double windows on the front of the residence. A mailbox on the property with the number ▓▓▓▓ stands to the left of the driveway when facing the front of the structure.

## ATTACHMENT "B"

## ITEMS TO BE SEIZED FROM
## ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Harrington, Delaware 19952

I. <u>Computer Hardware</u>

Computer hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

II. <u>Uploaded Computer Software</u>

Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

III. <u>Items described in paragraphs 1 through 9 below</u>, which can also be stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment, including floppy diskettes, fixed hard disks, or removable hard disk cartridges, software or memory in any form.

1. Any and all computer-related documentation consisting of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

2. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit

boards. Data security software digital code may include a programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

3. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the subject by use of the computer and/or for the purpose of distributing child pornography.

4. Any and all correspondence identifying persons transmitting, through interstate commerce by computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

5. Any and all records, documents, invoices, and materials that concern any accounts with any Internet Service Provider.

6. Any and all visual depictions of minors.

7. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce by computer, and visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

8. Any and all address books, names, and lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

9. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

*<u>This warrant and this search procedure specifically excludes a search of any kind of unopened electronic mail. No search of unopened electronic mail shall be conducted without a separate search warrant supported by probable cause. Appropriate efforts shall be made to minimize the disclosure of records and other information which are not the subject of this warrant.</u>*

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/14/2005 | 1/19/2005 7:45pm | ▓▓▓▓▓ |

INVENTORY MADE IN THE PRESENCE OF Postal Inspector Clayton Gerber

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached "Inventory Listing" (three pages)

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   2/14/05
U.S. Magistrate Judge    Date

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:** ▇▇▇▇▇▇▇▇▇
Harrington, Delaware 19952
residence (single family)

**Investigation No.:**

**Starting Date and Time:**
1/19/2005 7:45:00 PM

**Ending Date and Time:**
1/19/2005 11:21:00 PM

**Report Date:**
Wednesday, January 19, 2005

**Page:** 1 of 3

---

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** 354612 |
| **Location:** | Computer Room | **Locator Code:** |
| **Found:** | Video Cabinet | |
| **Description:** | Seized Per Warrant | 30 VHS Videotapes |

| | | |
|---|---|---|
| **Control #:** | 2 | **Evidence Box:** 280829 |
| **Location:** | Front Bedroom | **Locator Code:** |
| **Found:** | Top Drawer of Nightstand | |
| **Description:** | Seized Per Warrant | Notebook, paper with name and e-mail, 2 books with inscription on inside cover |

| | | |
|---|---|---|
| **Control #:** | 3 | **Evidence Box:** 280806 |
| **Location:** | Front Bedroom | **Locator Code:** |
| **Found:** | Inside Top Dresser Drawer | |
| **Description:** | Seized Per Warrant | Memorandum dated 12/6/04 of complaints filed on Bible from students at Capital School District |

| | | |
|---|---|---|
| **Control #:** | 4 | **Evidence Box:** 280828 |
| **Location:** | Front Bedroom | **Locator Code:** |
| **Found:** | Inside of Top Dresser Drawer | |
| **Description:** | Seized Per Warrant | Misc. Papers and photographs |

| | | |
|---|---|---|
| **Control #:** | 5 | **Evidence Box:** 280808 |
| **Location:** | Front Bedroom | **Locator Code:** |
| **Found:** | Top of Dresser Drawers | |
| **Description:** | Seized Per Warrant | Greeting card with little girl on front |

| | | |
|---|---|---|
| **Control #:** | 6 | **Evidence Box:** 280807 |
| **Location:** | Front Bedroom | **Locator Code:** |
| **Found:** | Inside Top Dresser Drawer | |
| **Description:** | Seized Per Warrant | VHS Tape titled "Plowing the Pink" |

| | | |
|---|---|---|
| **Control #:** | 7 | **Evidence Box:** 354611 |
| **Location:** | Computer Room | **Locator Code:** |
| **Found:** | Closet | |
| **Description:** | Seized Per Warrant | 3 VHS Videotapes |

| | | |
|---|---|---|
| **Control #:** | 8 | **Evidence Box:** 280825 |
| **Location:** | Master Bedroom | **Locator Code:** |
| **Found:** | Middle drawer of table to left of bed | |
| **Description:** | Seized Per Warrant | Photographs of Mandy and Paige Kramer (3 photos) |

| | | |
|---|---|---|
| **Control #:** | 9 | **Evidence Box:** 354618 |
| **Location:** | Attic | **Locator Code:** |
| **Found:** | Attic in Law Dresser | |
| **Description:** | Seized Per Warrant | Multiple Magazines, e-mails and photographs |

## Inventory Listing of All Items
## Seized at Search Warrant Site

| Site Name: | Investigation No.: | Report Date: |
|---|---|---|
|  residence (single family) | Starting Date and Time: 1/19/2005 7:45:00 PM  Ending Date and Time: 1/19/2005 11:21:00 PM | Wednesday, January 19, 2005  Page: 2 of 3 |

| | | | |
|---|---|---|---|
| Control #: | 10 | Evidence Box: | 354615 |
| Location: | Computer Room | Locator Code: | |
| Found: | Computer Desk | | |
| Description: | Seized Per Warrant | ACER computer S/N 2831G122002IN1958 | |

| | | | |
|---|---|---|---|
| Control #: | 11 | Evidence Box: | 280822 |
| Location: | Basement | Locator Code: | |
| Found: | Behind Bar | | |
| Description: | Seized Per Warrant | Generic computer tower - no serial number | |

| | | | |
|---|---|---|---|
| Control #: | 12 | Evidence Box: | 280823 |
| Location: | Master Bedroom | Locator Code: | |
| Found: | Closet in red box on floor | | |
| Description: | Seized Per Warrant | Pictures | |

| | | | |
|---|---|---|---|
| Control #: | 13 | Evidence Box: | 354616 |
| Location: | Attic | Locator Code: | |
| Found: | Box on floor | | |
| Description: | Seized Per Warrant | 2 VHS videotapes | |

| | | | |
|---|---|---|---|
| Control #: | 14 | Evidence Box: | 354617 |
| Location: | Attic | Locator Code: | |
| Found: | Box on Floor | | |
| Description: | Seized Per Warrant | Misc pictures, negatives and greeting cards | |

| | | | |
|---|---|---|---|
| Control #: | 15 | Evidence Box: | 280821 |
| Location: | Basement | Locator Code: | |
| Found: | Middle drawer desk | | |
| Description: | Seized Per Warrant | 10 CDs, Misc papers with writing | |

| | | | |
|---|---|---|---|
| Control #: | 16 | Evidence Box: | 354613 |
| Location: | Basement | Locator Code: | |
| Found: | Behind bar in breaker closet | | |
| Description: | Seized Per Warrant | Misc photos | |

| | | | |
|---|---|---|---|
| Control #: | 17 | Evidence Box: | 354614 |
| Location: | Basement | Locator Code: | |
| Found: | Behind bar in breaker closet | | |
| Description: | Seized Per Warrant | 4 VHS Videotapes | |

| | | | |
|---|---|---|---|
| Control #: | 18 | Evidence Box: | 280824 |
| Location: | Master Bedroom | Locator Code: | |
| Found: | under mattress | | |
| Description: | Seized Per Warrant | Red folder with various letters, e-mails and chats | |

## Inventory Listing of All Items
## Seized at Search Warrant Site

**Site Name:** ~~[redacted]~~
Harrington, Delaware 19952
residence (single family)

**Investigation No.:**

**Starting Date and Time:**
1/19/2005 7:45:00 PM
**Ending Date and Time:**
1/19/2005 11:21:00 PM

**Report Date:**
Wednesday, January 19, 2005
**Page:**
3 of 3

---

**Control #:** 19
**Location:** 2000 Pontiac Montana
**Found:** Throughout vehicle
**Description:** Seized Per Warrant
**Evidence Box:** 280826
**Locator Code:**
CD Case with CDs, traffic violation, Handwritten receipt, 5 pieces ID, 6 Rolls film, 1 phone message

**Control #:** 20
**Location:** Basement
**Found:** under desk
**Description:** Seized Per Warrant
**Evidence Box:** 280617
**Locator Code:**
9 CDs, 1 piece of note paper

**Control #:** 21
**Location:** Basement
**Found:** basement closet with water heater
**Description:** Seized Per Warrant
**Evidence Box:** 280819
**Locator Code:**
6 CDs, 2 3.5 floppy disks, 1 Dover High School ID

**Control #:** 22
**Location:** Kitchen/Dining Area
**Found:** 2nd drawer in desk
**Description:** Seized Per Warrant
**Evidence Box:** 280805
**Locator Code:**
2 VHS Videotapes

**Control #:** 23
**Location:** Family Room
**Found:** In Armoire
**Description:** Seized Per Warrant
**Evidence Box:** 280804
**Locator Code:**
CDs